AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

## UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>Any and all funds on deposit in PayPal account number 1297230553481235490, and further described below. | ) ) ) ) ) | Case No.<br>1:14 MJ 78 A |

### WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ___Rhode Island___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Any & all funds on dep. in PayPal Acct #1297230553481235490, in the name of Ty Kara & Max American Distribution. The above-ref. financial institution is hereby commanded to effect the seizure of the contents of the acct & to refuse the withdrawal of any amt from said acct by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the FDA w/the current acct balance, & continue to accrue any deposits, interest, dividends, & any other amt credited to said acct until the agents direct that the contents of said acct be finally liquidated.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before ___04/10/2014___
*(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ___LINCOLN D. ALMOND___.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___3/28/14  1:00 AM___  _____
*Judge's signature*

City and state: ___Providence, Rhode Island___   ___LINCOLN D. ALMOND, U.S. MAGISTRATE JUDGE___
*Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 4/2/2014  9:44 AM PST | Copy of warrant and inventory left with: E-MAILED to AMELIA KANA — PAYPAL |
| Inventory made in the presence of: | | |

**Inventory of the property taken:**

Check # 101251 made payable to US Marshalls Service in the amount of $16,619.57

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/19/14

Executing officer's signature

SA Jason Giannelli
Printed name and title

PAYPAL, INC.
PO BOX 981488
EL PASO, TX 79998



Page 1 of 1

Phone: (214) 414-2834
Fax: (408) 967-4250
Email: ebayusap@genpact.com

000063  R3N5TDA
US MARSHALLS SERVICE
ATTN: JASON GIANNELLI 2240 MINERAL
NORTH PROVIDENCE RI  02911

Payment No.: 0020033015
Date: 05/09/2014
Check No.: 101251
Vendor No.: BBBB
Payment Amount: 16,619.57

## Remittance Advice

| Invoice # | Invoice Date | Document Number | Gross Amount | Discount | Net Amount |
|---|---|---|---|---|---|
| AP-03-CUST REFUN | 05/06/2014 | 0028007129 | 16,619.57 | 0.00 | 16,619.57 |

PLEASE DETACH BEFORE DEPOSITING CHECK

SHADED AREA MUST GRADUALLY CHANGE FROM BLUE AT TOP TO GREEN AT BOTTOM

---

PAYPAL, INC.
PO BOX 981488
EL PASO, TX 79998

ebaY

11-24/1210

Date: 05/09/2014
Check #: 101251

Pay Exactly  **Sixteen Thousand Six Hundred Nineteen and 57/100 -US Dollars **

Amount
$***16,619.57

TO THE ORDER OF
US MARSHALLS SERVICE
ATTN: JASON GIANNELLI 2240 MINERAL
NORTH PROVIDENCE RI  02911

Authorized Signer
Authorized Signer

WELLS FARGO BANK, N.A.

⑆000101251⑆ ⑈121000248⑈ 412239946 2⑆